UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDY RYAN PHOTOGRAPHER, LLC,

                    Plaintiff,

        -against-

EXP REALTY LLC, et al.,

                    Defendants.

24-CV-08525 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff Andy Ryan Photographer, LLC timely served Defendant eXp Realty LLC ("Defendant") with the summons and Complaint in this action on November 20, 2024. (*See* ECF 11.) Defendant was therefore required to respond to the Complaint by December 11, 2024. (*See id.*) To date, Defendant has not responded to the Complaint.

I am sua sponte extending the deadline for Defendants to respond to the Amended Complaint nunc pro tunc until **December 23, 2024**. Defendant is warned that failure to file a response to the Complaint in compliance with this Order may result in an order instructing Plaintiffs to seek a default judgment against Defendant for failure to defend this action.  DATED: December 17, 2024
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge