UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDY RYAN PHOTOGRAPHER, LLC,

                Plaintiff,

-against-

EXP REALTY LLC, et al.,

                Defendants.

24-CV-08525 (DEH) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **March 12, 2025 at 3:30 PM**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 171 097 793 #**.

DATED: March 4, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge