UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDY RYAN PHOTOGRAPHER, LLC,

                Plaintiff,

    -against-

FUSIO GROWTH PARTNERS, INC., et al.,

                Defendants.

24-CV-08525 (DEH) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff Andy Ryan Photographer, LLC timely served Defendant HomesASAP, LLC ("HomesASAP") with the summons and Amended Complaint ("AC") in this action on March 28, 2025. (*See* ECF 29.) Defendant was therefore required to respond to the Complaint by April 18, 2025. (*See id.*) To date, Defendant HomesASAP has not responded to the Complaint.

I am sua sponte extending the deadline for Defendant HomesASAP to respond to the Amended Complaint nunc pro tunc until **May 7, 2025**. Plaintiff is directed to serve by **April 29, 2025,** a copy of this Order on Defendant HomesASAP. Service shall be made by registered mail at Defendant's principal place of business, identified in the Affirmation of Service as 437 S Lakewood Run Dr, Ponte Vedra Beach, FL 32082. Plaintiff is directed to file confirmation of such mailing on the docket by **April 29, 2025**.

HomesASAP is warned that failure to file a response to the Amended Complaint may result in an order instructing Plaintiffs to seek a default judgment against Defendant for failure to defend this action.

DATED:  April 25, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge